NOTICE: NOT FOR PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION DOES NOT CREATE
LEGAL PRECEDENT AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

---

BRADLEY J. FOLKESTAD, M.D. and LISA FOLKESTAD, husband and
wife; BRADLEY J. FOLKESTAD, M.D., L.T.D., an Arizona professional
corporation, *Petitioners*,

*v.*

THE HONORABLE MICHAEL J. HERROD, Judge of the SUPERIOR
COURT OF THE STATE OF ARIZONA, in and for the County of
MARICOPA, *Respondent Judge*,

MARVIN L. ERICKSON, M.D., an individual; DAMIAN J. BASS, M.D., an
individual; DANIEL H. HU, M.D., an individual, *Real Parties in Interest*.

No. 1 CA-SA 14-0105
FILED 06-19-2014

---

Appeal from the Superior Court in Maricopa County
No. CV2008-026970
The Honorable Michael J. Herrod, Judge

**JURISDICTION ACCEPTED; RELIEF DENIED**

---

COUNSEL

Gillespie Shields & Durrant, Phoenix
By Dan M. Durrant
*Counsel for Petitioner*

Beus Gilbert PLLC, Phoenix
By Leo R. Beus, Thomas A. Connelly, Sarah S. Letzkus
*Counsel for Real Parties in Interest*

---

**DECISION ORDER**

Presiding Judge Patricia K. Norris delivered the decision of the Court, in which Judge Samuel A. Thumma and Judge Kent E. Cattani joined.

---

**N O R R I S**, Judge:

**¶1**　　　　This special action arises out of an order entered by the superior court setting this matter for trial to the court with an advisory jury. The court, Presiding Judge Patricia K. Norris, and Judges Samuel A. Thumma and Kent E. Cattani, participating, has considered the parties written submissions. Because an order denying or granting a jury trial is not separately appealable, *see* Ariz. Rev. Stat. § 12-2101 (Supp. 2013), a petition for special action is an appropriate method of seeking review. *Hoyle v. Superior Court*, 161 Ariz. 224, 226, 778 P.2d 259, 261 (App. 1989). Accordingly, we accept jurisdiction but deny relief.

**¶2**　　　　Even if the court assumes the parties agreed to waive their right to request a jury trial, Arizona Rule of Civil Procedure 39(m) authorizes a superior court in an action not triable of right by a jury to, on its own initiative, try any issue with an advisory jury. Thus, the superior court did not abuse its discretion in setting this matter for trial with an advisory jury. *Cf. Ringling Bros. & Barnum & Bailey Combined Shows, Inc. v. Superior Court*, 140 Ariz. 38, 42, 680 P.2d 174, 178 (App. 1984) (superior court has discretion to submit jurisdictional issue to advisory jury).



Ruth A. Willingham · Clerk of the Court
F I L E D : gsh